**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.    13-cr-00451-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   MARIO GONZALES-CASTRO,

    Defendant.

---

### ORDER FOR TIME SERVED

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable R. Brooke Jackson, United States District Judge, on March 11, 2014, it is hereby

ORDERED that Defendant Mario Gonzales-Castro is sentenced to **TIME SERVED.**

Dated:   March 11, 2014.

                        BY THE COURT:


                        /s/   R. Brooke Jackson
                        R. BROOKE JACKSON,
                        UNITED STATES DISTRICT JUDGE